# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-0413
_____

ALBERT MICHAEL DAMELIO, IV,

    Appellant,

v.

MELISSA DAMELIO,

    Appellee.

_____

On appeal from the Circuit Court for Leon County.
Robert R. Wheeler, Judge.

November 20, 2025

PER CURIAM.

    AFFIRMED.

LEWIS, KELSEY, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Albert Michael Damelio, IV, pro se, Appellant.

Daniel Phillips of Phillips Law, Tallahassee, for Appellee.